## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: SWEATERS USA ) Case No.: 91-15204
)
[Type Debtor's Name] ) Chapter: _____
)
Debtor(s) )

### MOTION FOR PAYMENT OF UNCLAIMED FUNDS

1. A dividend check in the amount of $467.56 was issued by the trustee to DOUGLAS FLYNN JR., claimant in the above referenced case.

2. The dividend check was not negotiated by the claimant. Therefore, the trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk of the U.S. Bankruptcy Court of the Middle District of North Carolina. The United States Treasury is currently holding these funds.

3. The claimant's current address and telephone number are:

   Name: DOUGLAS FLYNN JR.
   Address: 2202 DRAKE COURT, GRAHAM, NC 27253
   Telephone number: 336-213-1779

4. The claimant's social security or tax identification number is provided to the court on Exhibit A **(click here for example).**

5. The claimant did not receive or negotiate the dividend check for the following reason(s): **MOVED FROM LOCATION & MY MAIL WAS NOT FORWARDED TO NEW ADDRESS.**

6. I am the claimant named in paragraph #1. To the best of my knowledge, no other party is entitled to these funds. Proof of my identity is attached.

   Wherefore, the claimant requests that the court issue an order directing the Clerk to make disbursement of said Unclaimed Funds for the benefit of the claimant.

DATED: SEPTEMBER 1, 2009            *Douglas Flynn Jr.* (signature)
                                    Claimant's Signature

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: SWEATERS USA ) Case No.: __91-15204__
)
[Type Debtor's Name] ) Chapter: _____
)
Debtor(s) )

## CERTIFICATE OF SERVICE

The undersigned (type or print name) **DOUGLAS FLYNN JR.**
of (type or print address) **2202 DRAKE COURT, GRAHAM, NC 27253**

hereby certifies:

That I am, and at all times hereinafter mentioned, more than 18 years of age, and that on the **1ST** day of **SEPTEMBER**, 20 **09**, I served a copy of the foregoing Motion for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

- U.S. Attorney for the Middle District of NC
  P.O. Box 1858
  Greensboro, NC 27402

- (insert name and address of all other parties served)

Executed **SEPTEMBER 1, 2009**         By: *Douglas Flynn Jr.*
    (Date)                                  (Signature)